UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:11-M-1056

UNITED STATES OF AMERICA )
)
v. ) ORDER
)
WES JAMES RADABAUGH )

The Government's motion is hereby granted. The case is dismissed.

DATE: August 2, 2012

ROBERT B. JONES, JR.
UNITED STATES MAGISTRATE JUDGE